MICHAELANGELO MONTAGNINO, Respondent, v. SALVATORE MINOLFI, Appellant.— Motions for reargument and for leave to appeal to the Court

of Appeals denied, without costs. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.